# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1603
_____

Dexter A. Brunson

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: December 6, 2016
Filed: December 9, 2016
[Unpublished]

_____

Before COLLOTON, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Dexter A. Brunson appeals following the district court's[1] order affirming a 2012 administrative decision to deny a hearing on his third application for disability insurance benefits. Brunson has abandoned any challenge to the only ruling properly before this court by not raising it in his brief. *See Freitas v. Wells Fargo Home Mortg., Inc.*, 703 F.3d 436, 438 n.3 (8th Cir. 2013) (issue is deemed abandoned where party fails to raise or discuss it in his brief); *Carter v. Lutheran Med. Ctr.*, 87 F.3d 1025, 1026 (8th Cir. 1996) (per curiam) (dismissing pro se litigant's appeal where brief presented no question for appellate court to decide because it identified no basis of alleged error by district court). Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.